Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Eastern District of New York**

Case number (if known): _____    Chapter __11__

❑ Check if this is an amended filing

## Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | **MSLH, LLC** |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as names*

**3. Debtor's federal Employer Identification Number (EIN)**

**9 3 – 3 7 4 8 7 2 3**

**4. Debtor's address**

**Principal place of business**

**791 Elvira Ave**
Number        Street

**Far Rockaway, NY 11691**
City                        State        ZIP Code

**Queens**
County

**Mailing address, if different from principal place of business**

Number        Street

City                        State        ZIP Code

**Location of principal assets, if different from principal place of business**

**3583 Scotland Road**
Number        Street

**Chambersburg, PA 17202**
City                        State        ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

❑ Partnership (excluding LLP)

❑ Other. Specify: _____

Debtor  **MSLH, LLC**_____  Case number *(if known)* _____
Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:* |
| | ❑ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | ❑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | ❑ Railroad (as defined in 11 U.S.C. §101(44)) |
| | ❑ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | ❑ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | ❑ Clearing Bank (as defined in 11 U.S.C. §781(3)) |
| | ☑ None of the above |

B. *Check all that apply:*

❑  Tax-exempt entity (as described in 26 U.S.C. §501)

❑  Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

❑  Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .
**7   2   1   2**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

❑  Chapter 7

❑  Chapter 9

☑  Chapter 11. *Check all that apply:*

   ❑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ❑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ❑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ❑ A plan is being filed with this petition.

   ❑ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ❑ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ❑ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

❑  Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

❑ Yes.  District _____  When _____ Case number _____
                                       MM / DD / YYYY

        District _____  When _____ Case number _____
                                       MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

❑ Yes.  Debtor _____  Relationship _____

        District _____  When _____
                                                         MM / DD / YYYY

        Case number, if known _____

Debtor    **MSLH, LLC**
_____    Case number *(if known)* _____
          Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br><br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐   It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>What is the hazard? _____<br>_____<br><br>☐   It needs to be physically secured or protected from the weather.<br><br>☐   It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐   Other _____<br><br>**Where is the property?** _____<br>                        Number        Street<br><br>_____<br><br>_____      _____   _____<br>City                                  State    ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.      Insurance agency    _____<br>             Contact name      _____<br>             Phone            _____ |

| ■ | **Statistical and administrative information** |
|---|---|

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49    ☐ 50-99    ☐ 1,000-5,000   ☐ 5,001-10,000    ☐ 25,001-50,000   ☐ 50,000-100,000<br>☐ 100-199  ☐ 200-999   ☐ 10,001-25,000                   ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000              ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000         ☑ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000        ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million      ☐ $100,000,001-$500 million    ☐ More than $50 billion |

Debtor    **MSLH, LLC**_____    Case number *(if known)* _____
       Name

| 16. Estimated liabilities | ❑ $0-$50,000 | ❑ $1,000,001-$10 million | ❑ $500,000,001-$1 billion |
|---|---|---|---|
| | ❑ $50,001-$100,000 | ☑ $10,000,001-$50 million | ❑ $1,000,000,001-$10 billion |
| | ❑ $100,001-$500,000 | ❑ $50,000,001-$100 million | ❑ $10,000,000,001-$50 billion |
| | ❑ $500,001-$1 million | ❑ $100,000,001-$500 million | ❑ More than $50 billion |

## Request for Relief, Declaration, and Signatures

WARNING --    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **01/01/2026**_____
           MM/   DD/   YYYY

**X** **/s/ Abraham Bajnon**_____    **Abraham Bajnon**_____
Signature of authorized representative of debtor    Printed name

Title _____**Member**_____

**18. Signature of attorney**

**X** _____**/s/ Charles Wertman**_____    Date **01/01/2026**_____
Signature of attorney for debtor         MM/   DD/   YYYY

**Charles Wertman**_____
Printed name

**Law Offices of Charles Wertman P.C.**_____
Firm name

**100 Merrick Road Suite 304W**_____
Number        Street

**Rockville Centre**_____    **NY**_____    **11570-4807**_____
City    State    ZIP Code

**(516) 284-0900**_____    **charles@cwertmanlaw.com**_____
Contact phone    Email address

**2593267**_____    **NY**_____
Bar number    State

<table>
<tr><td colspan="2" style="background:black;color:white">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor Name</td><td>**MSLH, LLC**</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>**Eastern**    District of    **New York**<br>(State)</td></tr>
<tr><td>Case number (If known):</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
| --- | --- |
| 2. **Cash on hand** | |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. **TD Bank** | **Checking account** | __ __ __ __ | **$10.00** |

4. **Other cash equivalents** *(Identify all)*

| 4.1 | |
| --- | --- |
| 4.2 | |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          **$10.00**

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| 7.1 | |
| --- | --- |

Debtor    **MSLH, LLC**
Name

Case number *(if known)*

---

7.2

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1

8.2

9.    **Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.

### Part 3:    Accounts receivable

10.    **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

❑ Yes. Fill in the information below.

**Current value of debtor's interest**

11.    **Accounts receivable**

11a. 90 days old or less:  _____ - _____ =.....➡
face amount            doubtful or uncollectible accounts

11b. Over 90 days old:  _____ - _____ =.....➡
face amount            doubtful or uncollectible accounts

12.    **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

### Part 4:    Investments

13.    **Does the debtor own any investments?**

☑ No. Go to Part 5.

❑ Yes. Fill in the information below.

| | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

14.    **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1

14.2

15.    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership:

15.1.

15.2.

Debtor      **MSLH, LLC**                                              Case number *(if known)*
       Name

---

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1 _____     _____     _____

    16.2 _____     _____     _____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No. Go to Part 6.

    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| | MM / DD / YYYY | | | |
| 20. **Work in progress** | | | | |
| | MM / DD / YYYY | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| | MM / DD / YYYY | | | |
| 22. **Other inventory or supplies** | | | | |
| | MM / DD / YYYY | | | |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**

    ☐ No

    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes.  Book value _____ Valuation method _____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

Debtor      **MSLH, LLC**                                          Case number *(if known)* _____
            Name

---

27.  **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

33.  **Total of Part 6**
     Add lines 28 through 32. Copy the total to line 85.

34.  **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No
   ☐ Yes

35.  **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes.  Book value _____ Valuation method _____ Current value _____

36.  **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37.  **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38.  **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

---

Debtor    **MSLH, LLC**                                           Case number *(if known)*
          Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | |
| 42.2 | | | |
| 42.3 | | | |

43. **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

❏ No

❏ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

❏ No

❏ Yes

**Part 8:**    Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

❏ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | | | |
| 47.2 | | | |
| 47.3 | | | |
| 47.4 | | | |

Debtor **MSLH, LLC**
Name

Case number *(if known)* _____

---

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

    48.1 _____

    48.2 _____

49. **Aircraft and accessories**

    49.1 _____

    49.2 _____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

    _____

51. **Total of Part 8**

    Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ❏ No
    ❏ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ❏ No
    ❏ Yes

### Part 9: Real property

54. **Does the debtor own or lease any real property?**

    ❏ No. Go to Part 10.
    ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 **Improved non-residential real property (camp use). / 3583** **Scotland Road Chambersburg, PA 17202** | Fee Simple | unknown | | $17,000,000.00 |

56. **Total of Part 9**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

    **$17,000,000.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

    ☑ No
    ❏ Yes

---

Debtor    **MSLH, LLC**                                          Case number *(if known)* _____
          Name

---

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☑ No. Go to Part 11.
    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10**
    Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

    ☐ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

    ☐ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

    ☐ No
    ☐ Yes

| Part 11: | All other assets |
|---|---|

---

Official Form 206A/B          **Schedule A/B: Assets — Real and Personal Property**                    page **7**

Debtor      **MSLH, LLC**                                              Case number *(if known)* _____
_____
            Name

---

70.  **Does the debtor own any other assets that have not yet been reported on this form?**

     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☑ No. Go to Part 12.

     ☐ Yes. Fill in the information below.

                                                                              **Current value of
                                                                              debtor's interest**

71.  **Notes receivable**

     Description (include name of obligor)

     _____     _____ – _____ =➜ _____
                                       Total face amount    doubtful or uncollectible amount

72.  **Tax refunds and unused net operating losses (NOLs)**

     Description (for example, federal, state, local)

     _____     Tax year _____     _____

     _____     Tax year _____     _____

     _____     Tax year _____     _____

73.  **Interests in insurance policies or annuities**

     _____                                   _____

74.  **Causes of action against third parties (whether or not a lawsuit has
     been filed)**

     _____                                   _____

     **Nature of claim**        _____

     **Amount requested**       _____

75.  **Other contingent and unliquidated claims or causes of action of
     every nature, including counterclaims of the debtor and rights to
     set off claims**

     _____                                   _____

     **Nature of claim**        _____

     **Amount requested**       _____

76.  **Trusts, equitable or future interests in property**

     _____                                   _____

77.  **Other property of any kind not already listed** *Examples:* Season
     tickets, country club membership

     _____                                   _____

     _____                                   _____

78.  **Total of Part 11**                                                   _____

     Add lines 71 through 77. Copy the total to line 90.

---

Debtor    **MSLH, LLC**                                                    Case number *(if known)* _____
          Name

---

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

| **Part 12:** | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $10.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| 88. **Real property.** *Copy line 56, Part 9....................................................................................* ➜ | | $17,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |
| 90. **All other assets.** *Copy line 78, Part 11.* | **+** | |
| 91. **Total.** *Add lines 80 through 90 for each column...........................*91a. | $10.00 | **+** 91b. $17,000,000.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................................................................... | | $17,000,010.00 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>MSLH, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><strong>Eastern</strong>  District of  <strong>New York</strong><br>(State)</td></tr>
<tr><td>Case number (if known):</td><td></td></tr>
</table>

❑ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property      12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ❑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
| --- | --- | --- |

**2.1**

**Creditor's name**

**Fischer Roofing**

**Creditor's mailing address**

**276 S. Hope Chapel Road**

**Fort Collins, CO 08527**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

❑ No

☑ Yes. Specify each creditor, including this creditor, and its relative priority.

   1) Gable Holdings CM-1 LLC ISAOA/ATIMA; **2) Fischer Roofing** ; 3) For-Med Supply and Repair LLC

**Describe debtor's property that is subject to a lien**

Improved non-residential real property (camp use).

**Describe the lien**

**Judgment**

**Is the creditor an insider or related party?**

☑ No

❑ Yes

**Is anyone else liable on this claim?**

☑ No

❑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

❑ Contingent

❑ Unliquidated

☑ Disputed

| Column A | Column B |
| --- | --- |
| **$883,682.50** | **$17,000,000.00** |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

   **$7,786,181.91**

Debtor  **MSLH, LLC**                                    Case number (if known) _____
        Name

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.2** **Creditor's name**

  **For-Med Supply and Repair LLC**

**Creditor's mailing address**

  **Jil N. Weikert Esq**
  **Compass Legal Group**

  **2205 Forest Hills Dr**

  **Harrisburg, PA 17112-1001**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** __ __ __ __
**number**

**Do multiple creditors have an interest in the same property?**

❑ No

☑ Yes. Have you already specified the
     relative priority?

  ❑ No.  Specify each creditor, including
          this creditor, and its relative
          priority.

      _____

      _____

  ☑ Yes. The relative priority of creditors
       is specified on lines **2.1**

**Describe debtor's property that is subject to a lien**
Improved non-residential real property (camp use).

**$674,168.66**   **$17,000,000.00**

**Describe the lien**

 **Judgment**
_____

**Is the creditor an insider or related party?**
☑ No
❑ Yes

**Is anyone else liable on this claim?**
☑ No
❑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
❑ Contingent
❑ Unliquidated
☑ Disputed

Debtor     **MSLH, LLC**
Name

Case number (if known) _____

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.3** **Creditor's name**

**Gable Holdings CM-1 LLC ISAOA/ATIMA**

**Creditor's mailing address**

**205 Worth Ave**

**Palm Beach, FL 33480-4606**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

❑ No

☑ Yes. Have you already specified the relative priority?

    ❑ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☑ Yes. The relative priority of creditors is specified on lines **2.1**

**Describe debtor's property that is subject to a lien**

Improved non-residential real property (camp use).

**Describe the lien**

**Mortgage**

**Is the creditor an insider or related party?**

☑ No

❑ Yes

**Is anyone else liable on this claim?**

☑ No

❑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

❑ Contingent

❑ Unliquidated

☑ Disputed

**$6,228,330.75** | **$17,000,000.00**

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page **3** of **4**

Debtor    **MSLH, LLC**                                    Case number (if known) _____
          Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---------|------------------------------------------------------------------|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|-------------------------------------------------------------|--------------------------------------------------|
| Neil Sarker, Esq.<br><br>Friedman Schuman Layser, P.C. 210<br><br>275 Commere Drive<br><br>Fort Washington, PA 19034 | Line 2. __3__ | __ __ __ __ |
|  | Line 2. ___ | __ __ __ __ |
|  | Line 2. ___ | __ __ __ __ |
|  | Line 2. ___ | __ __ __ __ |
|  | Line 2. ___ | __ __ __ __ |
|  | Line 2. ___ | __ __ __ __ |
|  | Line 2. ___ | __ __ __ __ |
|  | Line 2. ___ | __ __ __ __ |
|  | Line 2. ___ | __ __ __ __ |

Fill in this information to identify the case:

Debtor name _____**MSLH, LLC**_____

United States Bankruptcy Court for the:

_____**Eastern District of New York**_____

Case number (if known): _____

❑ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on** *Schedule A/B: Assets - Real and Personal Property* **(Official Form 206A/B) and on** *Schedule G: Executory Contracts and Unexpired Leases***(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1: List All Creditors with PRIORITY Unsecured Claims

**1.  Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☑ No. Go to Part 2.

❑ Yes. Go to line 2.

**2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address** _____ _____ _____ | **As of the petition filing date, the claim is:** *Check all that apply.* ❑ Contingent ❑ Unliquidated ❑ Disputed | _____ | _____ |
| | **Date or dates debt was incurred** _____ | **Basis for the claim:** _____ | | |
| | **Last 4 digits of account number** ___ ___ ___ ___ **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___ | **Is the claim subject to offset?** ❑ No ❑ Yes | | |
| **2.2** | **Priority creditor's name and mailing address** _____ _____ _____ | **As of the petition filing date, the claim is:** *Check all that apply.* ❑ Contingent ❑ Unliquidated ❑ Disputed | _____ | _____ |
| | **Date or dates debt was incurred** _____ | **Basis for the claim:** _____ | | |
| | **Last 4 digits of account number** ___ ___ ___ ___ **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___ | **Is the claim subject to offset?** ❑ No ❑ Yes | | |

Debtor   **MSLH, LLC**_____   Case number *(if known)* _____
         Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Batsheva Tashman**
_____
_____
**Lakewood, NJ 08701**

❑ Contingent
❑ Unliquidated
☑ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$154,605.53** |
|---|---|---|---|

**Carter Lumber Co.**
_____
**Todd A. Harpst, Esq.**
**Harpst Becker LLC**
_____
**1559 Corporate Woods Parkway Ste 250**
**Uniontown, OH 44685**

❑ Contingent
❑ Unliquidated
☑ Disputed

**Basis for the claim:** **furnished construction materials**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Chesky Kauftiel**
_____
**11 Lawrence Lane**
**Lawrence, NY 11559**

❑ Contingent
❑ Unliquidated
☑ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$176,084.58** |
|---|---|---|---|

**EASTERN FUNDING LLC**
**213 W 35th St Ste 2W**
**New York, NY 10001-0217**

❑ Contingent
❑ Unliquidated
☑ Disputed

**Basis for the claim:** **Laundry Equipment Financing**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

Debtor    **MSLH, LLC**                                                      Case number *(if known)* _____
              Name

| Part 2: | Additional Page |

**3.5** | **Nonpriority creditor's name and mailing address**

**Equipment Leasing Group of Am**

**Andrew Sklar, Esq.**
**Sklar Law, LLC**

**1020 Laurel OakRoad 203**

**Cherry Hill, NJ 08034**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
☑ Disputed

Basis for the claim:  **kitchen equipment lease**

**Is the claim subject to offset?**
☑ No
❑ Yes

$60,056.64

---

**3.6** | **Nonpriority creditor's name and mailing address**

**ESF Income Corp.**

**34 Eagle Ridge Cir**

**Lakewood, NJ 08701-5825**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

Basis for the claim:  **loan for real property down payment**

**Is the claim subject to offset?**
☑ No
❑ Yes

$300,000.00

---

**3.7** | **Nonpriority creditor's name and mailing address**

**Harvey Mermelstein**

**132 Hards Lane**

**Lawrence, NY 11559**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
☑ Disputed

Basis for the claim:  **loan for real property down payment**

**Is the claim subject to offset?**
☑ No
❑ Yes

$110,000.00

---

**3.8** | **Nonpriority creditor's name and mailing address**

**Hiller Legacy Trust**

**11 Perth Ave**

**Chestnut Rdg, NY 10977-7217**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
☑ Disputed

Basis for the claim:  **loan for real property down payment**

**Is the claim subject to offset?**
☑ No
❑ Yes

$2,181,720.13

Debtor  **MSLH, LLC**                                                                          Case number *(if known)* _____
        Name

---

**Part 2:** Additional Page

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10,000.00 |
|---|---|---|---|

**3.9**  Nonpriority creditor's name and mailing address

Leah Bachon

2904 Bayswater Ave

Far Rockaway, NY 11691-1728

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: $10,000.00
*Check all that apply.*
❑ Contingent
❑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
❑ Yes

---

**3.10**  Nonpriority creditor's name and mailing address

LSF3-20 Trust

791 Elvira Ave.

Far Rockaway, NY 11691

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: $500,000.00
*Check all that apply.*
❑ Contingent
❑ Unliquidated
☑ Disputed

Basis for the claim: loan for real property down payment

Is the claim subject to offset?
☑ No
❑ Yes

---

**3.11**  Nonpriority creditor's name and mailing address

Malka Hiller

791 Elvira Ave

Far Rockaway, NY 11691-5406

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: $62,000.00
*Check all that apply.*
❑ Contingent
❑ Unliquidated
☑ Disputed

Basis for the claim: insider loan for real property down payment

Is the claim subject to offset?
☑ No
❑ Yes

---

**3.12**  Nonpriority creditor's name and mailing address

Mordechai Kliger

1515 Pine St

Lakewood, NJ 08701

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: $25,000.00
*Check all that apply.*
❑ Contingent
❑ Unliquidated
☑ Disputed

Basis for the claim: loan for real property down payment

Is the claim subject to offset?
☑ No
❑ Yes

---

Debtor     **MSLH, LLC**_____     Case number *(if known)*_____
             Name

### Part 2:  Additional Page

| | |
|---|---|

**3.13**  **Nonpriority creditor's name and mailing address**

   **Mordechai Schron**

   **300 Blvd. of Americas**

   **Lakewood, NJ 08701**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❏ Contingent
❏ Unliquidated
☑ Disputed

Basis for the claim:  **loan for real property down payment**

**Is the claim subject to offset?**
☑ No
❏ Yes

$50,000.00

---

**3.14**  **Nonpriority creditor's name and mailing address**

   **Moshe Bajnon**

   **770 Elvira Ave**

   **Far Rockaway, NY 11691-5405**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❏ Contingent
❏ Unliquidated
☑ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
❏ Yes

$50,000.00

---

**3.15**  **Nonpriority creditor's name and mailing address**

   **Moshe Hiller**

   **1351 Jody Ln Ne**

   **Atlanta, GA 30329-3521**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❏ Contingent
❏ Unliquidated
☑ Disputed

Basis for the claim:  **insider loan for real property down payment**

**Is the claim subject to offset?**
☑ No
❏ Yes

$20,000.00

---

**3.16**  **Nonpriority creditor's name and mailing address**

   **Nachman Hiller**

   **2635 Milton Rd**

   **University Ht, OH 44118-4615**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❏ Contingent
❏ Unliquidated
☑ Disputed

Basis for the claim:  **insider loan for real property down payment**

**Is the claim subject to offset?**
☑ No
❏ Yes

$5,000.00

Debtor    **MSLH, LLC**

Name

Case number *(if known)*

---

**Part 2:** Additional Page

---

**3.17** **Nonpriority creditor's name and mailing address**

**Sam Stein**

**229 NJ-70**

**Toms River, NJ 08755**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**loan for real property**
Basis for the claim: **down payment**

**Is the claim subject to offset?**
☑ No
☐ Yes

$900,000.00

---

**3.18** **Nonpriority creditor's name and mailing address**

**Shlomo Gutfreund**

**1266 Sage Street**

**Far Rockaway, NY 11691**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**loan for real property**
Basis for the claim: **down payment**

**Is the claim subject to offset?**
☑ No
☐ Yes

$145,000.00

---

**3.19** **Nonpriority creditor's name and mailing address**

**Shmuel Hiller**

**53 Penn Street**

**Long Beach, NY 11561**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Insider loan for real property down**
Basis for the claim: **payment**

**Is the claim subject to offset?**
☑ No
☐ Yes

$500,000.00

---

**3.20** **Nonpriority creditor's name and mailing address**

**Simcha David**

**124 Cedarhurst Ave. Ste. #5**

**Cedarhurst, NY 11516**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**loan for real property**
Basis for the claim: **down payment**

**Is the claim subject to offset?**
☑ No
☐ Yes

$136,000.00

---

Debtor  **MSLH, LLC**                                                               Case number *(if known)*
        Name

Part 2:  Additional Page

| | | |
|---|---|---|
| **3.21** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $30,000.00 |
| **Steve Grill** | *Check all that apply.* | |
| | ☐ Contingent | |
| **35 East Olive Street** | ☐ Unliquidated | |
| **Long Beach, NY 11561** | ☑ Disputed | |
| | **loan for real property** | |
| | Basis for the claim: **down payment** | |
| Date or dates debt was incurred | **Is the claim subject to offset?** | |
| Last 4 digits of account number ___ ___ ___ ___ | ☑ No | |
| | ☐ Yes | |

| | | |
|---|---|---|
| **3.22** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $150,000.00 |
| **Zechaira Waxler, CPA** | *Check all that apply.* | |
| | ☐ Contingent | |
| **Roth & Co** | ☐ Unliquidated | |
| | ☑ Disputed | |
| **1428 36th St Ste 200** | | |
| **Brooklyn, NY 11218-3765** | Basis for the claim: _____ | |
| | **Is the claim subject to offset?** | |
| Date or dates debt was incurred | ☑ No | |
| Last 4 digits of account number ___ ___ ___ ___ | ☐ Yes | |

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    page 7 of 8

Debtor    **MSLH, LLC**

Name                                                          Case number *(if known)*

**5.    Add the amounts of priority and nonpriority unsecured claims.**

|  | | **Total of claim amounts** |
|---|---|---|
| 5a.  **Total claims from Part 1** | 5a. | **$0.00** |
| 5b.  **Total claims from Part 2** | 5b.  **+** | **$5,690,466.88** |
| 5c.  **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$5,690,466.88** |

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                page 8 of 8

Fill in this information to identify the case:

Debtor name **MSLH, LLC**

United States Bankruptcy Court for the: **Eastern** District of **New York**

(State)

Case number (If known): Chapter **11**

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases 12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | **State what the contract or lease is for and the nature of the debtor's interest** | |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| **2.2** | **State what the contract or lease is for and the nature of the debtor's interest** | |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| **2.3** | **State what the contract or lease is for and the nature of the debtor's interest** | |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| **2.4** | **State what the contract or lease is for and the nature of the debtor's interest** | |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| **2.5** | **State what the contract or lease is for and the nature of the debtor's interest** | |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

Fill in this information to identify the case:

Debtor name **MSLH, LLC**

United States Bankruptcy Court for the: **Eastern** District of **New York**
(State)

Case number (If known):

☐ Check if this is an
amended filing

## Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors.** In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 | Street / City State ZIP Code | | ☐ D ☐ E/F ☐ G |
| 2.2 | Street / City State ZIP Code | | ☐ D ☐ E/F ☐ G |
| 2.3 | Street / City State ZIP Code | | ☐ D ☐ E/F ☐ G |
| 2.4 | Street / City State ZIP Code | | ☐ D ☐ E/F ☐ G |

Official Form 206H **Schedule H: Codebtors** page 1 of **2**

Debtor    **MSLH, LLC**                                          Case number (if known) _____
Name

| | Additional Page if Debtor Has More Codebtors |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.5 | _____ | _____ Street _____ _____ City          State          ZIP Code | _____ | ❏ D ❏ E/F ❏ G |
| 2.6 | _____ | _____ Street _____ _____ City          State          ZIP Code | _____ | ❏ D ❏ E/F ❏ G |

Fill in this information to identify the case:

Debtor name _____**MSLH, LLC**_____

United States Bankruptcy Court for the:

**Eastern District of New York**
_____

Case number (if known): _____ Chapter __**11**__

☐ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
|---|---|

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real Property:**

      Copy line 88 from *Schedule A/B*...............................................................................................................................

$17,000,000.00

   1b. **Total personal property:**

      Copy line 91A from *Schedule A/B*...........................................................................................................................

$10.00

   1c. **Total of all property:**

      Copy line 92 from *Schedule A/B*.............................................................................................................................

$17,000,010.00

| Part 2: | Summary of Liabilities |
|---|---|

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

$7,786,181.91

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

      Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................................

$0.00

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.......................................................

**+**    $5,690,466.88

4. **Total liabilities**..........................................................................................................................................................

$13,476,648.79

   Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name _____**MSLH, LLC**_____

United States Bankruptcy Court for the:

_____**Eastern District of New York**_____

Case number (if known): _____

❑ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

**1.   Gross revenue from business**

☑ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **01/01/2026** to Filing date<br>MM/ DD/ YYYY | ❑ Operating a business<br>❑ Other _____ | |
| **For prior year:** From **01/01/2025** to **12/31/2025**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ❑ Operating a business<br>❑ Other _____ | |
| **For the year before that:** From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ❑ Operating a business<br>❑ Other _____ | |

**2.   Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **01/01/2026** to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** From **01/01/2025** to **12/31/2025**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |

Debtor    **MSLH, LLC**                                            Case number *(if known)*
          Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---------|----------------------------------------------------------|

**3.    Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. _____<br>Creditor's name<br><br>_____<br>Street<br><br>_____<br>City    State    ZIP Code | _____<br><br>_____<br><br>_____ | _____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. _____<br>Creditor's name<br><br>_____<br>Street<br><br>_____<br>City    State    ZIP Code | _____<br><br>_____<br><br>_____ | _____ | _____<br><br>_____<br><br>_____ |
| **Relationship to debtor**<br>_____ | | | |

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

Debtor    **MSLH, LLC**                                                    Case number *(if known)*
          Name

5.1.
          Creditor's name

          Street

          City                    State    ZIP Code

**6.    Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. | | | |
| Creditor's name | XXXX– __ __ __ __ | | |
| Street | | | |
| City          State    ZIP Code | | | |

---

**Part 3:** Legal Actions or Assignments

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Gable Holdings CM-1 LLC v. MSLH LLC et. al.** | **Mortgage Foreclosure** | **Court of Common Pleas, Franklin County, PA** Name | ☑ Pending ☐ On appeal ☐ Concluded |
| **Case number** **2025-1719** | | Street City          State    ZIP Code | |
| 7.2. **Carter Lumber Co. v. MSLH LLC** | **mechanics lien** | **Court of Common Pleas, Franklin County, PA** Name | ☑ Pending ☐ On appeal ☐ Concluded |
| **Case number** **2024-03292** | | Street City          State    ZIP Code | |

Debtor   **MSLH, LLC**                                           Case number *(if known)*
                Name

| 7.3. | Case title | Nature of case | Court or agency's name and address | Status of case |
|------|-----------|----------------|-----------------------------------|----------------|

**For-Med Supply and Repair LLC v. MSLH LLC** | **mechanics lien** | **Court of Common Pleas, Franklin County, PA**
Name | ☑Pending
☐On appeal
☐Concluded

Case number

**2024-02901**

Street

City            State     ZIP Code

| 7.4. | Case title | Nature of case | Court or agency's name and address | Status of case |
|------|-----------|----------------|-----------------------------------|----------------|

**Equipment Leasing Group of Am v. MSLH LLC** | **breach of contract** | **Superior Court of NJ**
Name | ☑Pending
☐On appeal
☐Concluded

Case number

**L00263825**

Street

City            State     ZIP Code

**8.   Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑None

| 8.1. | Custodian's name and address | Description of the property | Value |
|------|------------------------------|----------------------------|-------|

Custodian's name

Street

City            State     ZIP Code

Case title

Court name and address

Name

Case number

Street

Date of order or assignment

City            State     ZIP Code

Part 4:   Certain Gifts and Charitable Contributions

**9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑None

Debtor  **MSLH, LLC**                                        Case number *(if known)* _____
Name

9.1.

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

Recipient's name

Street

City                    State      ZIP Code

**Recipient's relationship to debtor**

---

## Part 5:   Certain Losses

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|

10.1.

---

## Part 6:   Certain Payments or Transfers

**11.  Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

11.1.

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **Law Offices of Charles Wertman P.C.** | **Attorney's Fee** | **1/1/2026** | **$15,000.00** |

**Address**

**100 Merrick Road Suite 304W**
Street

**Rockville Centre, NY 11570-4807**
City                    State      ZIP Code

**Email or website address**

**Who made the payment, if not debtor?**

**David Israeli**

---

Debtor    **MSLH, LLC**                                                                      Case number *(if known)*
                  Name

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | Trustee | | | |
| | | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | Address | | | |
| | Street | | | |
| | | | | |
| | City          State     ZIP Code | | | |
| | Relationship to debtor | | | |
| | | | | |

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. | From ———— To ———— |
| Street | |
| | |
| City          State     ZIP Code | |

Debtor    **MSLH, LLC**                                                    Case number *(if known)*
Name

---

Part 8:    Health Care Bankruptcies

**15.** **Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

❏ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.1.

Facility name

Street

| | Location where patient records are maintained(if different from facility address). If electronic, identify any service provider. | How are records kept? |
|---|---|---|

City          State    ZIP Code

*Check all that apply:*

❏ Electronically

❏ Paper

---

Part 9:    Personally Identifiable Information

**16.** **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

❏ Yes. State the nature of the information collected and retained.

Does the debtor have a privacy policy about that information?

❏ No

❏ Yes

**17.** **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

❏ Yes. Does the debtor serve as plan administrator?

❏ No. Go to Part 10.

❏ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

Has the plan been terminated?

❏ No

❏ Yes

---

Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18.** **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Debtor    **MSLH, LLC**                                                    Case number *(if known)*
          Name

18.1  _____    XXXX– __ __ __ __    ❏ Checking        _____    _____
      Name                                              ❏ Savings
                                                        ❏ Money market
      _____                          ❏ Brokerage
      Street                                            ❏ Other
      _____                          _____
      City          State    ZIP Code

**19.  Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 **Depository institution name and address** | **Names of anyone with access to it** | **Description of the contents** | **Does debtor still have it?** |
|---|---|---|---|
| | | | ❏ No |
| Name | | | ❏ Yes |
| Street | | | |
| | **Address** | | |
| City      State    ZIP Code | | | |

**20.  Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 **Facility name and address** | **Names of anyone with access to it** | **Description of the contents** | **Does debtor still have it?** |
|---|---|---|---|
| | | | ❏ No |
| Name | | | ❏ Yes |
| Street | | | |
| | **Address** | | |
| City      State    ZIP Code | | | |

### Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21.  Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| **Owner's name and address** | **Location of the property** | **Description of the property** | **Value** |
|---|---|---|---|
| | | | _____ |
| Name | | | |
| Street | | | |
| | | | |
| City      State    ZIP Code | | | |

Debtor    **MSLH, LLC**                                                                     Case number *(if known)* _____
_____
Name

<div style="background:black;color:white">Part 12:</div> Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

❏ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ❏ Pending |
| | Name | | ❏ On appeal |
| **Case number** | | | ❏ Concluded |
| | Street | | |
| | City          State     ZIP Code | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

❏ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | _____ |
| Street | Street | | |
| City          State     ZIP Code | City          State     ZIP Code | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

❏ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | _____ |
| Street | Street | | |
| City          State     ZIP Code | City          State     ZIP Code | | |

Debtor    **MSLH, LLC**
_____ Case number *(if known)* _____
          Name

---

**Part 13:**   Details About the Debtor's Business or Connections to Any Business

**25.   Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City        State    ZIP Code | _____ | EIN: __ __ – __ __ __ __ __ __ __<br><br>**Dates business existed**<br><br>From _____ To _____ |

**26.   Books, records, and financial statements**

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City        State    ZIP Code | From _____ To _____ |

| Name and address | Dates of service |
|---|---|
| 26a.2. **Yisroel Kilstein, CPA**<br>Name<br>**1428 36th St Ste 200**<br>Street<br>**Roth & Co**<br>**Brooklyn, NY 11218-3765**<br>City        State    ZIP Code | From _____ To _____ |

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City        State    ZIP Code | From _____ To _____ |

Debtor    **MSLH, LLC**                                                                      Case number *(if known)*
          Name

26c.    List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.1.

Name

Street

City                              State              ZIP Code

26d.    List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑None

| Name and address |
|---|

26d.1.

Name

Street

City                              State              ZIP Code

**27.  Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑No

☐Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

| Name and address of the person who has possession of inventory records | | |
|---|---|---|

27.1.

Name

Street

City                              State              ZIP Code

**28.  List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| | | , | |

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page **11**

Debtor **MSLH, LLC**                                            Case number *(if known)* _____
_____
Name

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

❑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| _____ | _____ | , _____ | From _____ To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

❑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

30.1. _____

Name
_____

Street
_____

City                State          ZIP Code

**Relationship to debtor**

_____

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

❑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|-------------------------------|----------------------------------------------------------|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

❑ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

---

**Part 14:** Signature and Declaration

Official Form 207            **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**            page **12**

Debtor    **MSLH, LLC**
_____     Case number *(if known)* _____
                Name

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____**01/01/2026**_____
                MM/  DD/  YYYY


**X** **/s/ Abraham Bajnon**
_____          Printed name _____**Abraham Bajnon**_____
    Signature of individual signing on behalf of the debtor


    Position or relationship to debtor _____**Member**_____


**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

<table>
<tr><td colspan="2" style="background:black;color:white">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td><b>MSLH, LLC</b></td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:<br><b>Eastern District of New York</b></td></tr>
<tr><td colspan="2">Case number (if known): _____</td></tr>
</table>

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders          12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an _insider_, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1 Hiller Legacy Trust<br>11 Perth Ave<br>Chestnut Rdg, NY 10977-7217 | | loan for real property down payment | Disputed | | | $2,181,720.13 |
| 2 Sam Stein<br>229 NJ-70<br>Toms River, NJ 08755 | | loan for real property down payment | Disputed | | | $900,000.00 |
| 3 LSF3-20 Trust<br>791 Elvira Ave.<br>Far Rockaway, NY 11691 | | loan for real property down payment | Disputed | | | $500,000.00 |
| 4 ESF Income Corp.<br>34 Eagle Ridge Cir<br>Lakewood, NJ 08701-5825 | | loan for real property down payment | | | | $300,000.00 |
| 5 EASTERN FUNDING LLC<br>213 W 35th St Ste 2W<br>New York, NY 10001-0217 | | Laundry Equipment Financing | Disputed | | | $176,084.58 |
| 6 Carter Lumber Co.<br>Todd A. Harpst, Esq. Harpst Becker LLC<br>1559 Corporate Woods Parkway Ste 250<br>Uniontown, OH 44685 | | furnished construction materials | Disputed | | | $154,605.53 |
| 7 Zechaira Waxler, CPA<br>Roth & Co<br>1428 36th St Ste 200<br>Brooklyn, NY 11218-3765 | | | Disputed | | | $150,000.00 |
| 8 Shlomo Gutfreund<br>1266 Sage Street<br>Far Rockaway, NY 11691 | | loan for real property down payment | Disputed | | | $145,000.00 |

Debtor  **MSLH, LLC**                                                    Case number *(if known)*
        Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Simcha David<br>124 Cedarhurst Ave. Ste. #5<br>Cedarhurst, NY 11516 | | loan for real property down payment | Disputed | | | $136,000.00 |
| 10 | Harvey Mermelstein<br>132 Hards Lane<br>Lawrence, NY 11559 | | loan for real property down payment | Disputed | | | $110,000.00 |
| 11 | Batsheva Tashman<br>Lakewood, NJ 08701 | | | Disputed | | | $100,000.00 |
| 12 | Equipment Leasing Group of Am<br>Andrew Sklar, Esq. Sklar Law, LLC<br>1020 Laurel OakRoad 203<br>Cherry Hill, NJ 08034 | | kitchen equipment lease | Disputed | | | $60,056.64 |
| 13 | Mordechai Schron<br>300 Blvd. of Americas<br>Lakewood, NJ 08701 | | loan for real property down payment | Disputed | | | $50,000.00 |
| 14 | Steve Grill<br>35 East Olive Street<br>Long Beach, NY 11561 | | loan for real property down payment | Disputed | | | $30,000.00 |
| 15 | Chesky Kauftiel<br>11 Lawrence Lane<br>Lawrence, NY 11559 | | | Disputed | | | $25,000.00 |
| 16 | Mordechai Kliger<br>1515 Pine St<br>Lakewood, NJ 08701 | | loan for real property down payment | Disputed | | | $25,000.00 |
| 17 | Leah Bachon<br>2904 Bayswater Ave<br>Far Rockaway, NY 11691-1728 | | | Disputed | | | $10,000.00 |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
Eastern District of New York

**In re**    MSLH, LLC

Case No. _____

**Debtor**                                    Chapter _____**11**_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ **FLAT FEE**

For legal services, I have agreed to accept ............................................................................................. _____

Prior to the filing of this statement I have received ................................................................................ _____

Balance Due ........................................................................................................................................... _____

☑ **RETAINER**

For legal services, I have agreed to accept and received a retainer of .................................................... **$15,000.00**

The undersigned shall bill against the retainer at an hourly rate of ........................................................ **$525.00**
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.    _____**$1,738.00**_____ of the filing fee has been paid.

3.    The source of the compensation paid to me was:

☐ Debtor            ☑ Other (specify)    **David Israeli** _____

4.    The source of compensation to be paid to me is:

☐ Debtor            ☑ Other (specify)    **David Israeli** _____

5.    ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6.    Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 7:

a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

B2030 (Form 2030) (12/25)

    b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

        I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **01/01/2026** | **/s/ Charles Wertman** |
|---|---|
| *Date* | Charles Wertman |
| | *Signature of Attorney* |
| | Bar Number: 2593267 |
| | Law Offices of Charles Wertman P.C. |
| | 100 Merrick Road Suite 304W |
| | Rockville Centre, NY 11570-4807 |
| | Phone: (516) 359-1334 |
| | **Law Offices of Charles Wertman P.C.** |
| | *Name of law firm* |

---

Date:    **01/01/2026**            **/s/ Abraham Bajnon**

                                                          ***Abraham Bajnon***

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
**BROOKLYN DIVISION**

IN RE: **MSLH, LLC**                                                            CASE NO

                                                                                             CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date ____**01/01/2026**____      Signature _____**/s/ Abraham Bajnon**_____

                                                                        Abraham Bajnon, Member

Neil Sarker, Esq.
Friedman Schuman Layser, P.C.
275 Commere Drive 210
Fort Washington, PA 19034


Batsheva Tashman
Lakewood, NJ 08701


Carter Lumber Co.
Todd A. Harpst, Esq.
Harpst Becker LLC
1559 Corporate Woods Parkway Ste 250
Uniontown, OH 44685


Chesky Kauftiel
11 Lawrence Lane
Lawrence, NY 11559


EASTERN FUNDING LLC
213 W 35th St Ste 2W
New York, NY 10001-0217


Equipment Leasing Group of
Am
Andrew Sklar, Esq.
Sklar Law, LLC
1020 Laurel OakRoad 203
Cherry Hill, NJ 08034


ESF Income Corp.
34 Eagle Ridge Cir
Lakewood, NJ 08701-5825


Fischer Roofing
276 S. Hope Chapel Road
Fort Collins, CO 08527

For-Med Supply and Repair
LLC
Jil N. Weikert Esq
Compass Legal Group
2205 Forest Hills Dr
Harrisburg, PA 17112-1001

Gable Holdings CM-1 LLC
ISAOA/ATIMA
205 Worth Ave
Palm Beach, FL 33480-4606

Harvey Mermelstein
132 Hards Lane
Lawrence, NY 11559

Hiller Legacy Trust
11 Perth Ave
Chestnut Rdg, NY 10977-7217

Leah Bachon
2904 Bayswater Ave
Far Rockaway, NY 11691-1728

LSF3-20 Trust
791 Elvira Ave.
Far Rockaway, NY 11691

Malka Hiller
791 Elvira Ave
Far Rockaway, NY 11691-5406

Mordechai Kliger
1515 Pine St
Lakewood, NJ 08701

Mordechai Schron
300 Blvd. of Americas
Lakewood, NJ 08701

Moshe Bajnon
770 Elvira Ave
Far Rockaway, NY 11691-5405

Moshe Hiller
1351 Jody Ln Ne
Atlanta, GA 30329-3521

Nachman Hiller
2635 Milton Rd
University Ht, OH 44118-4615

Sam Stein
229 NJ-70
Toms River, NJ 08755

Shlomo Gutfreund
1266 Sage Street
Far Rockaway, NY 11691

Shmuel Hiller
53 Penn Street
Long Beach, NY 11561

Simcha David
124 Cedarhurst Ave. Ste. #5
Cedarhurst, NY 11516

Steve Grill
35 East Olive Street
Long Beach, NY 11561


Zechaira Waxler, CPA
Roth & Co
1428 36th St Ste 200
Brooklyn, NY 11218-3765

Fill in this information to identify the case:

Debtor name _____**MSLH, LLC**_____

United States Bankruptcy Court for the:

_____**Eastern District of New York**_____

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors          **12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☑ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **01/01/2026**
           MM/ DD/ YYYY

**X** **/s/ Abraham Bajnon**_____
Signature of individual signing on behalf of debtor

**Abraham Bajnon**_____
Printed name

**Member**_____
Position or relationship to debtor

Official Form B202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**United States Bankruptcy Court**
**Eastern District of New York**

In re    **MSLH, LLC**

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____**MSLH, LLC**_____ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]

**01/01/2026**

Date

**/s/ Charles Wertman**

**Charles Wertman**
Signature of Attorney or Litigant
Counsel for _____**MSLH, LLC**_____
**Bar Number: 2593267**
**Law Offices of Charles Wertman P.C.**
**100 Merrick Road Suite 304W**
**Rockville Centre, NY 11570-4807**
**Phone: (516) 359-1334**
**Email: charles@cwertmanlaw.com**

1

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

### STATEMENT PURSUANT TO LOCAL BANKRUPTCY RULE 1073-2(b)

DEBTOR(S): **MSLH, LLC**                                    CASE NO.: _____

      Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor (*or any other petitioner*) hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. §101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. §541(a).]

☑ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

☐ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

MANNER IN WHICH CASES ARE RELATED (*Refer to NOTE above*):

_____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

*NOTE*: Pursuant to 11 U.S.C. §109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): __**Y**__

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.

| | |
|---|---|
| **/s/ Charles Wertman** | **/s/ Abraham Bajnon** |
| Signature of Debtor's Attorney | Signature of Pro Se Debtor/Petitioner |
| | **791 Elvira Ave** |
| | Mailing Address of Debtor/Petitioner |
| | **Far Rockaway, NY 11691** |
| | City, State, Zip Code |
| | **(917) 484-2026** |
| | Area Code and Telephone Number |

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice. **NOTE**: Any change in address must be reported to the Court immediately **IN WRITING**. Dismissal of your petition may otherwise result.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------

In re:  **MSLH, LLC**

Debtor(s).

Chapter 11
Case No.:
STATEMENT PURSUANT TO LOCAL
RULE 2017

-------------------------------------------------

I, ___**Charles Wertman, Esq.**___ , an attorney admitted to practice in this Court states:

1.    That I am the attorney for the above-named debtor(s) and am fully familiar with the facts herein.

2.    That prior to the filing of the petition herein, my firm rendered the following services to the above-named debtor(s):

> **2. That prior to the filing of the petition herein, my firm rendered legal services to the above-named debtor(s), including consultation regarding the debtor's financial condition, analysis of restructuring and bankruptcy alternatives, preparation of the Chapter 11 petition, schedules, statements, and related documents, communications with creditors and other parties in interest, and advice concerning the commencement of this Chapter 11 case.**

3.    That my firm will also represent the debtor(s) at the first meeting of creditors.

4.    That all services rendered prior to the filing of the petition herein were rendered by my firm.

5.    That my usual rate of compensation of bankruptcy matters of this type is __**$0.00**__ .

Dated:  **01/01/2026**

_____**/s/ Charles Wertman**_____

Attorney for debtor(s)

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

**Attachment to Voluntary Petition for Non-Individuals Filing for**
**Bankruptcy under Chapter 11**

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2. The following financial data is the latest available information and refers to the debtor's condition on _____.

   a. Total assets      **$17,000,010.00**

   b. Total debts (including debts listed in 2.c., below)      **$13,476,648.79**

   c. Debt securities held by more than 500 holders

Approximate number of holders:

secured ❏  unsecured ❏  subordinated ❏  _____  _____

secured ❏  unsecured ❏  subordinated ❏  _____  _____

secured ❏  unsecured ❏  subordinated ❏  _____  _____

secured ❏  unsecured ❏  subordinated ❏  _____  _____

secured ❏  unsecured ❏  subordinated ❏  _____  _____

   d. Number of shares of preferred stock      _____

   e. Number of shares common stock      _____

   Comments, if any: _____

3. Brief description of debtor's business \_\_\_\_\_ Single-purpose LLC formed to own and hold non-residential real property used as a seasonal girls' summer camp. _____

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
**BROOKLYN DIVISION**

IN RE:                                                                            CHAPTER  **11**
**MSLH, LLC**

DEBTOR(S)                                                                  CASE NO

**LIST OF EQUITY SECURITY HOLDERS**

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| **Chaya Bajnon**<br>791 Elvira Ave.<br>Far Rockaway, 11691 | LLC Membership Interest | 50% | |
| **Abraham Bajnon**<br>791 Elvira Ave.<br>Far Rockaway, 11691 | LLC Membership | 50% | |

**DECLARATION UNDER PENALTY OF PERJURY**
**ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the _____**Member**_____ of the _____**Nonpublic Corporation**_____ named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **01/01/2026**_____          Signature: **/s/ Abraham Bajnon**_____
                                                                          *Abraham Bajnon, Member*