**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

**IN RE:**

**MSLH LLC,**                                                  **CASE NO. 26-40002 (ess)**
                                                              **CHAPTER 11**

_____ **Debtor.**/

**NOTICE OF FILING NOTICE OF VIOLATION FROM PENNSYLVANIA**
**DEPARTMENT OF ENVIRONMENTAL PROTECTION**

COMES NOW, the Secured Creditor, Gable Holdings CM-1, LLC, by and through

undersigned counsel, and hereby gives notice of filing the attached Notice of Violation issued by

the Pennsylvania Department of Environmental Protection for Complaint IDs 388195 and 392377

charging the Debtor with multiple violations of the Pennsylvania Solid Waste Management Act,

the Municipal Water Rules and Regulations, and the Residual Waste Management Rules and

Regulations.

Dated: March 24, 2026                                       /s/ Marshall G. Reissman, Esq.
                                                           Marshall G. Reissman, Esq.
                                                           FBN: 310085
                                                           The Reissman Law Group, P.A.
                                                           1700 66th Street N., Suite 405
                                                           St. Petersburg, FL 33710
                                                           Ph. 727-322-1999
                                                           Fx: 727-327-7999
                                                           Marshall@reissmanlaw.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing **Notice** has been

furnished via the CM/ECF Noticing System to those parties registered to receive electronic service

via the Court's electronic system, including the U.S. Trustee, on this **24th** day of **March, 2026**.

                                                           /s/ Marshall G. Reissman, Esq.

Marshall G. Reissman, Esq.
FBN: 310085
The Reissman Law Group, P.A.
1700 66th Street N., Suite 405
St. Petersburg, FL 33710
Ph. 727-322-1999
Fx: 727-327-7999
Marshall@reissmanlaw.com



January 8, 2026

**CERTIFIED MAIL NO: 9589 0710 5270 2415 9969 99**

**NOTICE OF VIOLATION**

Abraham Bajnon
MSLH, LLC (Camp Malka)
224 East Fifth Street
Lakewood, New Jersey 08701

Re:   Complaint Inspections
      Complaint IDs: 388195, 392377
      Enforcement ID: 450941
      Parcel ID– 09-0C13.-030A-000000
      3583 Scotland Road, Chambersburg, PA 17070
      Greene Township, Franklin County

Dear Abraham Bajnon:

As a result of complaint inspections on April 14, 2025 and September, 22 2025  at the above referenced property, the Department of Environmental Protection ("Department") has determined that you are in violation of the Solid Waste Management Act(SWMA), Act of July 7, 1980, P.L. 380, No. 97, 35 P.S. §§Sections 6018.101 et seq., the Municipal Waste Rules and Regulations found at 25 Pa Code §§271 – 285, and/or the Residual Waste Management rules and regulations found at 25 PA Code Chapters §§287 to 299.

1.  During inspections on April 14, 2025, and September 22, 2025, the Department observed a large area of disturbed earth with plastic garbage bags breaking through the surface in many locations.  On April 24, 2025, two employees of the property did inform the Department that materials were buried and dumped on the property within the last year. On September 22, 2025, several of these bags were pulled from the earth and the contents examined.  The contents were determined to be religious artifacts and books written in Hebrew script.  The Department was also provided pictures and video evidence of workers unloading several tractor trailer loads of similar bags into a large pit at this same location.

2.  During inspections on April 14, 2025, and September 22, 2025, the Department observed a large area of construction and demolition waste ("C&D") piled on the ground and pushed over the bank towards the pond/creek in the same area as the burial site.  This waste consisted of roofing shingles (both slate and asphalt), roofing shingle underlayment, roofing

shingle bags, concrete block, tiles and mastic, toilet seats, various plumbing parts, shower stalls, bricks, wood, metal and plastic pieces, drywall, plaster, wire, old fencing, foam packaging material, an old sign, and various other demolition related items.

The activity above is in violation of the Department's waste regulations as follows:

1.  Section 610(1) of the SWMA, 35 P.S. Section 6018.610(1), which makes it unlawful for any person or municipality to dump or deposit or the dumping or depositing of any solid waste onto the surface of the ground or underground or into the waters of the Commonwealth by any means unless a permit for the dumping of such wastes has first been obtained from the Department.

2.  Section 610(2) of the SWMA, 35 P.S. Section 6018.610(2), which makes it unlawful for any person or municipality or construct, alter, operate, or utilize a solid waste storage, treatment, processing, or disposal facility without a permit from the Department.

3.  Section 610(4) of the SWMA, 35 P.S. Section 6018.610(4), which makes it unlawful for any person or municipality to store, collect, transport, process, treat, or dispose of or assist in the storage, collection, transportation, processing, treatment, or disposal of solid waste contrary to the rules and regulations adopted under the Act, or orders of the Department or any term or condition of any permit, or in any manner as to create a public nuisance or to adversely affect the public health, safety, and welfare. The disposal of a solid waste without a permit constitutes a violation of 25 Pa. Code Chapter 271.101(a) [relating to Municipal Waste and/or 25 Pa. Code Section 287.101(a)[relating to Residual Waste] which states that a person or municipality may not own or operate a municipal/residual waste disposal facility unless the person or municipality has first obtained a permit for the facility from the Department.

4.  Section 610(6) of the SWMA, 35 P.S. Section 6018.610(6), which states that it shall be unlawful for any person or municipality to transport or permit the transportation of any solid waste to any storage, treatment, processing or disposal facility or area unless such facility or area possesses a permit issued by the Department to accept such wastes.

5.  Section 610(9) of the SWMA, 35 P.S. Section 6018.610(9), which states that it shall be unlawful for any person or municipality to cause or assist in the violation of any provisions of this act, any rule or regulation of the Department, any order of the Department or any term or condition of any permit.

6.  Section 201(a) of the SWMA, 35 P.S. Section 6018.201(a) [relating to Municipal Waste] and/or Section 301(a) of the SWMA, 35 P.S. Section 6018.301(a) [relating to Residual Waste] which state that no person or municipality shall store, collect, transport, process, or dispose of municipal/residual waste…unless such storage, collection, transportation, processing, or disposal is authorized by the rules and regulations of the Department and no person shall own or operate a municipal/residual waste processing or disposal facility unless such person has first obtained a permit from the Department.

Abraham Bajnon                                      - 3 -                                      January 8, 2026
Complaint IDs: 388195, 392377

7.  25 Pa. Code Chapter 271.101(a) [relating to Municipal Waste] and/or 25 Pa. Code Section 287.101(a) [relating to Residual Waste] which states that a person or municipality may not own or operate a municipal/residual waste disposal facility unless the person or municipality has first obtained a permit for the facility from the Department.

8.  Section 302(a) of the SWMA, 35 P.S. Section 6018.302(a) which states that it shall be unlawful for any person or municipality to dispose, process, store, or permit the disposal, processing or storage of any residual waste in a manner which is contrary to the rules and regulations of the department or to any permit or to the terms or conditions of any permit or any order issued by the department."

You are notified of both the existence of the violation(s) as well as the need to provide for prompt correction.  Failure to correct the violation(s) may result in legal proceedings under the provisions of the Solid Waste Management Act.  Under the Act, each day of the violation is considered a distinct and separate offense and will be handled accordingly.

In order to correct the above noted violations, the Department recommends that by July 1, 2026, the following be completed.  A follow up inspection will be conducted after July 1, 2026, to verify that the property surface has be cleaned up and the buried materials removed.

1.  The wastes noted above which were observed on the surface of the property should be disposed of at a DEP permitted facility.  Disposal documents should be retained and submitted for DEP review

2.  Submit to the Department a plan that will outline the following regarding the solid waste buried under the ground of the property:
    a.  The proposed amount of time for its complete removal and disposal at a DEP permitted facility.
    b.  The name of the DEP permitted facility.
    c.  The frequency of waste removal from the property.
    d.  How the waste will be collected and removed from the property.
    e.  The names and contact information of the individuals/business who will perform the cleanup.
    f.  Any foreseeable events that may temporarily halt progress or deviate from the proposed plan.

3.  Documents requested in paragraphs 1 and 2 should be submitted to

        Shannon Huss
        Solid Waste Supervisor
        Waste Management Program
        909 Elmerton Avenue
        Harrisburg, PA 17110 or shuss@pa.gov

4.  Signage should be posted on the property to indicate that dumping is not allowed.

Abraham Bajnon                            - 4 -                            January 8, 2026
Complaint IDs: 388195, 392377

This Notice of Violation is neither an order nor any other final action of the Department.  It neither imposes nor waives any enforcement action available to the Department under any of its statutes.  If the Department determines that an enforcement action is appropriate, you will be notified of the action.

If you have any questions, please call me at 717.439.3900

Sincerely,

*Shannon Huss*

Shannon Huss
Solid Waste Supervisor
Waste Management Program

Cc:   Greene Township ([lloney@greenetwp.us](lloney@greenetwp.us))
       Kalen Boyer

Abraham Bajnon                                    - 5 -                                    January 8, 2026
Complaint IDs: 388195, 392377


Bcc:  Kalen Boyer
       Shannon Huss