**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

IN RE:

MSLH LLC,                                                    **CASE NO. 26-40002 (ess)**
                                                             **CHAPTER 11**

_____**Debtor.**/

**JOINDER OF SECURED CREDITOR,**
**GABLE HOLDINGS CM-1 LLC ISAOA/ATIMA, WITH**
**U.S. TRUSTEE'S MOTION TO DISMISS AND REQUEST FOR PROSPECTIVE RELIEF**

COMES NOW, the Secured Creditor, Gable Holdings CM-1 LLC ISAOA/ATIMA, by and through undersigned counsel, and hereby joins in the U.S. Trustee's Motion to Dismiss this case and requests prospective relief as to the property subject to the Secured Creditor's lien and states:

1.      The U.S. Trustee filed its Motion to Dismiss Case on April 17, 2026 (Doc. 33).

2.      Gable Holdings CM-1 LLC ISAOA/ATIMA is a secured creditor with a secured mortgage lien on the Debtor's real property located in Pennsylvania.

3.      The instant creditor joins in said Motion to Dismiss in its entirety.

4.      Secured Creditor would add that the Notice of Filing Notice of Violations from Pennsylvania Department of Environmental Protection was filed, with supporting documents, on March 24, 2026 (Doc. 30); the deadline for rectifying said environmental violations is July 1, 2026. The Debtor has done nothing to correct any environmental violations for which it has been cited.

5.      In addition to the foregoing, the Debtor has caused waste to the property at issue, to wit:

        a. Debtor removed the heating and air conditioning units and, presumably, sold them prior to the filing of this case;

        b. The Debtor allowed vandals to cause substantial damage to the property;

c. The Debtor allowed the plumbing pipes to freeze over, causing substantial damage;

d. The Debtor removed fixtures from various buildings and, presumably, sold them or used them elsewhere;

e. The Debtor removed gym floors for either sale or use elsewhere;

f.    The Debtor has not paid utilities and has caused the shutoff of certain utilities;

g.    The Debtor has provided no insurance and paid no taxes on the premises;

h.    The Debtor has allowed vandals to break windows and cause other damage to the premises; and

i.    Last, but not least, the Debtor has improperly buried or created a substantial debris on the premises, as exhibited by the attached photographs of the premises.

6.    The Debtor, perhaps improperly, filed this case in the Eastern District of New York; the Debtor is a Pennsylvania Limited Liability Company; and the property that is the subject of this case is located in Pennsylvania.

7.    It is feared that the Debtor will promptly file a new Petition in either New Jersey or Pennsylvania in its quest to delay the pending foreclosure and the improbable effort to sell the property. The property is in shambles, and is uninsurable, due to the neglect and actions of the Debtor.

WHEREFORE, the Secured Creditor, Gable Holdings CM-1 LLC ISAOA/ATIMA, requests this Honorable Court to grant the U.S. Trustee's Motion to Dismiss, and provide that any future filing by the Debtor shall not operate as a Stay against the instant creditor's completion of its foreclosure.

Dated:   June 10, 2026

/s/ Marshall G. Reissman, Esq.
Marshall G. Reissman, Esq.
FBN: 310085
The Reissman Law Group, P.A.
1700 66th Street N., Suite 405
St. Petersburg, FL 33710
Ph. 727-322-1999
Fx: 727-327-7999
Marshall@reissmanlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished via the CM/ECF Noticing System to those parties registered to receive electronic service via the Court's electronic system, including the U.S. Trustee, on this **10th** day of **June, 2026**.

/s/ Marshall G. Reissman, Esq.
Marshall G. Reissman, Esq.
FBN: 310085
The Reissman Law Group, P.A.
1700 66th Street N., Suite 405
St. Petersburg, FL 33710
Ph. 727-322-1999
Fx: 727-327-7999
Marshall@reissmanlaw.com