**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re:                                                                  Chapter 11

    MSLH, LLC,                                       Case No. 26-40002 (ESS)

        Debtor.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER DISMISSING CHAPTER 11 CASE

Upon the motion (the "Motion") of William K. Harrington, United States Trustee for Region 2 (the "United States Trustee"), pursuant to sections 1112(b) and 105(a) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "Bankruptcy Code"), for the entry of an order dismissing the above-captioned chapter 11 case (the "Bankruptcy Case") of MSLH, LLC (the "Debtor"); and the Court having found that appropriate notice of the Motion was given and that no other or further notice is required under the circumstances; and the Court having conducted a hearing on the Motion *__on June 11, 2026, at which the Debtor, Gable Holding CM-1 LLC, and the Office of the United States Trustee appeared and were heard__*; and objections to the relief sought in the Motion, if any, having been overruled or withdrawn at the hearing; and the Court having found that cause exists for dismissing or converting the Bankruptcy Case; and the Court having found that dismissal of the Bankruptcy Case is in the best interests of creditors and the estate; now therefore it is hereby

ORDERED, that, pursuant to 11 U.S.C. § 1112(b), this Bankruptcy Case is dismissed; and it is further

ORDERED, that within ten (10) days of *__June 12, 2026,__* the date of entry of this Order, the Debtor shall (a) file all outstanding monthly operating reports through the date of this Order, and (b) pay to the United States Trustee the appropriate sums required, if any, pursuant to 28

U.S.C. § 1930 and any applicable interest thereon; and it is further

ORDERED, that this Order shall become effective ***on June 26, 2026,*** fourteen (14) days after ***June 12, 2026,*** the date of its entry.



Dated: Brooklyn, New York
  June 12, 2026

             Elizabeth S. Stong
           United States Bankruptcy Judge